ACCEPTED
15-25-00235-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 12:00 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/5/2026 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00235-CV

# In the Fifteenth Court of Appeals
## Austin, Texas

---

# IN RE FRANK JACKSON,

## Relator

---

On Petition for Writ of Mandamus to the
Texas Business Court, Eleventh Division, Houston, Texas
No. 25-BC11B-00032

---

# REAL-PARTY-IN-INTEREST
# NORMAN THOMAS BARRAS, JR.'S
# RESPONSE TO MOTION FOR TEMPORARY RELIEF

---

Anthony G. Buzbee
Texas Bar No. 24001820
Thomas Colby Holler
Texas Bar No. 24126898
Mitchell W. Blasio
Texas Bar No. 24138469
THE BUZBEE LAW FIRM
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Tel. (713) 223-5393
tbuzbee@txattorneys.com
choller@txattorneys.com
mblasio@txattorneys.com
www.txattorneys.com

David George
Texas Bar No. 00793212
THE GEORGE APPELLATE LAW FIRM
440 Louisiana, Suite 900
Houston, Texas 77002
Tel. (832) 850-1113
dgeorge@georgeappeals.com

*Counsel for Real-Party-in-Interest*
*Norman Thomas Barras, Jr.*

This Court should deny Defendant/Relator Frank Jackson's motion for temporary relief, as well as his mandamus petition. Plaintiff Norman Thomas Barras, Jr. has filed his response to Jackson's mandamus petition.[1] Because the mandamus petition has been fully briefed and is ready to be decided, there is no need for this Court to grant temporary relief staying any trial court proceedings.

As Barras explains in his mandamus response, this Court should deny Jackson's mandamus petition. The trial court did not clearly abuse its discretion when it denied Jackson' Rule 91a motion to dismiss because he did not conclusively establish his attorney-immunity affirmative defense:

- Jackson did not conclusively establish that all of his challenged conduct was the provision of legal services involving the unique office, professional skill, training, and authority of an attorney; and

- Jackson did not conclusively establish that all of his challenged conduct was within an adversarial context in which Barras and

[1] Barras Mandamus Resp. (filed Jan. 4, 2026).

Jackson's client did not share the same interests.[2]

Each of these provides an independent ground to deny Jackson's motion to dismiss.[3] Jackson's failure to conclusively establish either ground is fatal to his attorney-immunity affirmative defense.

If this Court were to grant any temporary relief, it should be limited solely to Barras' claims against Jackson. Barras' claims against Defendants The Reynolds and Reynolds Company and Dorothy Brockman should continue unabated.

---

[2] *See* Barras Mandamus Resp. at 22-30.

[3] *Haynes & Boone v. NFTD, LLC*, 631 S.W.3d 65, 81 (Tex. 2021)

Respectfully submitted,

/s/ David George

| | |
|---|---|
| Anthony G. Buzbee | David George |
| Texas Bar No. 24001820 | Texas Bar No. 00793212 |
| Thomas Colby Holler | THE GEORGE APPELLATE LAW FIRM |
| Texas Bar No. 24126898 | 440 Louisiana, Suite 900 |
| Mitchell W. Blasio | Houston, Texas 77002 |
| Texas Bar No. 24138469 | Tel. (832) 850-1113 |
| THE BUZBEE LAW FIRM | dgeorge@georgeappeals.com |
| J.P. Morgan Chase Tower | |
| 600 Travis, Suite 7300 | |
| Houston, Texas 77002 | |
| Tel. (713) 223-5393 | |
| tbuzbee@txattorneys.com | |
| choller@txattorneys.com | |
| mblasio@txattorneys.com | |
| www.txattorneys.com | |

*Counsel for Real-Party-in-Interest*
*Norman Thomas Barras, Jr.*

4

## CERTIFICATE OF SERVICE

I certify that on January 4, 2026, I served a copy of the foregoing document upon the following counsel of record via electronic filing:

Gregg Costa
Sydney A. Scott
Jack B. DiSorbo
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
*Counsel for Defendant/Relator Frank Jackson*

Honorable Grant Dorfman
Presiding Judge
Texas Business Court
Eleventh Division
301 Fannin Street
Houston, Texas 77002
*Respondent*

*/s/ David George*
David George

## CERTIFICATE OF COMPLIANCE

This document contains 246 words, excluding the caption, signature blocks, and certificates. This motion was prepared using Microsoft Word for Mac version 16.90.22016 in 14 point (12 point in footnotes) Century Schoolbook (Arial headings) font.

*/s/ David George*
David George

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David George on behalf of David George
Bar No. 793212
6226d830-c50e-4ea2-8bb1-c71ad4164354@us.efiling.clio.com
Envelope ID: 109627229
Filing Code Description: Response
Filing Description: Real Party in Interest Norman Barras Response to Motion for Temporary Relief
Status as of 1/5/2026 7:06 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David George | | dgeorge@georgeappeals.com | 1/4/2026 12:18:13 PM | SENT |

Associated Case Party: The Reynolds and Reynolds Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jordan Kazlow | 24101994 | jkazlow@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| Ruben Garza | 24127735 | rgarza@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| David Genender | | dgenender@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| Maria C.Rodriguez | | mcrodriguez@mwe.com | 1/4/2026 12:18:13 PM | SENT |

Associated Case Party: Dorothy Brockman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jordan Kazlow | 24101994 | jkazlow@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| Ruben Garza | 24127735 | rgarza@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| Maria C.Rodriguez | | mcrodriguez@mwe.com | 1/4/2026 12:18:13 PM | SENT |
| David Genender | | dgenender@mwe.com | 1/4/2026 12:18:13 PM | SENT |

Associated Case Party: NormanThomasBarras, Jr.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Anthony Buzbee | 24001820 | tbuzbee@txattorneys.com | 1/4/2026 12:18:13 PM | SENT |
| Thomas Holler | 24126898 | choller@txattorneys.com | 1/4/2026 12:18:13 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David George on behalf of David George
Bar No. 793212
6226d830-c50e-4ea2-8bb1-c71ad4164354@us.efiling.clio.com
Envelope ID: 109627229
Filing Code Description: Response
Filing Description: Real Party in Interest Norman Barras Response to Motion for Temporary Relief
Status as of 1/5/2026 7:06 AM CST

Associated Case Party: NormanThomasBarras, Jr.

| | | | | |
|---|---|---|---|---|
| Thomas Holler | 24126898 | choller@txattorneys.com | 1/4/2026 12:18:13 PM | SENT |
| Mitchell Blasio | 24138469 | mblasio@txattorneys.com | 1/4/2026 12:18:13 PM | SENT |

Associated Case Party: Frank Jackson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sydney Scott | | SAScott@gibsondunn.com | 1/4/2026 12:18:13 PM | SENT |
| Jack DiSorbo | | JDiSorbo@gibsondunn.com | 1/4/2026 12:18:13 PM | SENT |
| TX-MAO TX-MAO | | pacer-tx@gibsondunn.com | 1/4/2026 12:18:13 PM | SENT |
| Gregg Costa | | GCosta@gibsondunn.com | 1/4/2026 12:18:13 PM | SENT |

Associated Case Party: Honorable Grant Dorfman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Honorable Grant Dorfman | | BCDivision11B@txcourts.gov | 1/4/2026 12:18:13 PM | SENT |
| Jackie Struss | | Jackie.Struss@txcourts.gov | 1/4/2026 12:18:13 PM | SENT |